No. 310. LACY *v.* UNITED STATES. October 22, 1942. Application for stay denied.

No. 9. UNITED STATES *v.* CONSUMERS PAPER Co. Argued October 16, 1942. Decided October 26, 1942. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Mr. Paul A. Freund* argued the cause, and *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel, Oscar H. Davis,* and *H. G. Ingraham* were on the brief, for the United States. *Mr. Fred B. Rhodes* for respondent.

No. 406. SOUTHEASTERN GREYHOUND LINES ET AL. *v.* McCANLESS, COMMISSIONER OF FINANCE AND TAXATION, ET AL. October 26, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. (1) *Maurer* v. *Hamilton,* 309 U.S. 598; (2) *Clark* v. *Paul Gray, Inc.,* 306 U.S. 583, 598–600. *Mr. Charles C. Trabue, Jr.* for appellants. *Mr. W. F. Barry, Jr.* for appellees.

No. 423. ROYAL CADILLAC SERVICE, INC. ET AL. *v.* UNITED STATES ET AL. November 9, 1942. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed, it appearing that the only substantial question raised by the appeal—whether under § 206 (a) of the Interstate Commerce Act, 49 U.S.C., § 306 (a), appellants may lawfully